## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RUBEN LOPEZ,**
5907 Black Hawk Drive
Oxon Hills, Maryland 20745

        **Plaintiff,**

   **v.**

**THE NEXT STEP PUBLIC CHARTER
SCHOOL, INC.,** '
3047 15ᵗʰ Street NW
Washington, D.C. 20009

**and**

**TAUNYA MELVIN,**
1203 Ashleigh Station Court
Bowie, Maryland 20721

       **Defendants.**

**Case No. 1:19-cv-01032**

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant The Next Step Public Charter

School, Inc. (the "Next Step Public Charter School"), by counsel and with the consent of Defendant

Taunya Melvin ("Melvin"), files this Notice of Removal to the United States District Court for the

District of Columbia of Case No. 2019 CA 000888 B filed in the Superior Court of the District of

Columbia (the "Action") based on the following grounds:

    1.    This Court has original jurisdiction over the matter because Plaintiff's Complaint

asserts putative claims of discrimination and retaliation in violation of the District of Columbia Human

Rights Act and Title VII of the Civil Rights Act of 1964 ("Title VII"). Specifically, Counts II, IV, and

V of the Complaint state claims that arise under Title VII and, therefore, the claims arise under the

"Constitution, laws, or treaties of the United States" as required under 28 U.S.C. § 1331. This Court

also has supplemental jurisdiction over Plaintiff's remaining claims pursuant to 28 U.S.C. §§ 1367(a) and 1441(c).

2. The Action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a) because the Action was filed in the Superior Court of the District of Columbia, which is within this Court's district.

3. On March 22, 2019, Plaintiff Ruben Lopez served The Next Step Public Charter School with the Summons, Complaint, and Initial Order and Addendum, which is attached as Exhibit 1. Accordingly, The Next Step Public Charter School may remove the Action to this Court on or before April 22, 2019, pursuant to 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 6(a)(1)(C).

4. The Complaint also names Taunya Melvin as a Defendant. Ms. Melvin was served with the Complaint on March 25, 2019, and she consents to The Next Step Public Charter School's removal of the Complaint to Federal Court.

5. A copy of this Notice of Removal is being filed with the Clerk of the District of Columbia Superior Court, and a copy is being served on Plaintiff as required by 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal is attached as Exhibit 2.

6. Attached as Exhibit 3 is a copy of the Notice to Plaintiff of Filing of Notice of Removal, which was served on Plaintiff in accordance with 28 U.S.C. § 1446(a).

7. The required filing fee and an executed civil cover sheet accompany this Notice.

8. The Next Step Public Charter School, with Ms. Melvin's consent, submits this Notice of Removal without waiving any of the Parties' defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

**WHEREFORE**, Defendant The Next Step Public Charter School, with the consent of Defendant Taunya Melvin, respectfully requests that the Clerk note that the Action has been removed from the Superior Court of the District of Columbia to the United States District Court for the District

of Columbia, and that all proceedings hereafter shall take place in the United States District Court for

the District of Columbia.

Dated: April 12, 2019

Respectfully submitted,

*/s/ Olaoluwaposi O. Oshinowo*
Alison N. Davis (Bar No. 429700)
Olaoluwaposi O. Oshinowo (Bar No. 1045617)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, 4th Floor
Washington, DC  20006
202.842.3400
202.842.0011 (Facsimile)
andavis@littler.com
ooshinowo@litter.com

*Counsel for Defendant*
*The Next Step Public Charter School, Inc.*

**Seen and Agreed**:

Date: 4/11/19

Taunya Melvin
2303 Ashleigh Station Court
Bowie, Maryland 20721

*Defendant Pro Se*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 12th day of April 2019, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system and that, thereafter, I caused a copy of the same to be served via U.S. Mail, postage prepaid, on:

> Kyle G. Ingram
> Law Office of Kyle Ingram
> 1200 18th Street Northwest
> Suite 700
> Washington, D.C. 20036
> Kyle.Ingram@KIngramLaw.com
>
> *Counsel for Plaintiff*

I further certify that, pursuant to 28 U.S.C. § 1446(d), on April 12, 2019, a copy of the foregoing Notice of Removal was served via Case FileXpress upon the following:

> Clerk of the Court
> Superior Court of the District of Columbia
> 500 Indiana Avenue, N.W.
> Washington, DC  20001

> */s/ Olaoluwaposi O. Oshinowo*
> Olaoluwaposi O. Oshinowo